**IN the INTEREST OF: F.R.P.,**
**JR., a Minor**

**Petition of: F.R.P., Father**

**No. 46 EAL 2017**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.